IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW WILKINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE FINISH LINE, INC.,<br><br>Defendant. | Civil Action No. _____<br><br>(Removed from the Court of Common Pleas of Chester County, PA, Docket No. 2023-09543-TT) |

**NOTICE OF REMOVAL**

Defendant The Finish Line, Inc. ("Defendant"), by and through its undersigned counsel, hereby removes this action from the Court of Common Pleas of Chester County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and in support thereof, Defendant states as follows:

1. On November 30, 2023, Plaintiff Andrew Wilkins ("Plaintiff") commenced this civil action against Defendant by filing a Complaint in the Court of Common Pleas of Chester County, Pennsylvania (the "Complaint"), captioned as *Andrew Wilkins, on behalf of himself and all others similarly situated, v. The Finish Line, Inc.*, at docket number 2023-09543-TT (hereinafter, the "State Court Action").

2. Defendant was served with the Complaint and Summons in the State Court Action on March 14, 2024. Attached as **Exhibit 1** is a true and correct copy of the Complaint and Summons served on Defendant in the State Court Action.

3. For purposes of removal, except for service of the Complaint and Summons, no other process, pleadings or orders have been served upon Defendant. *See* 28 U.S.C. § 1446(a).

4. Plaintiff's Complaint asserts an alleged violation of Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq.* *See generally* **Exhibit 1**.

### Removal is Timely.

5. The Complaint was served on Defendant on March 14, 2024. This Notice is being filed with the United States District Court for the Eastern District of Pennsylvania within 30 days after receipt of service of the Complaint filed in the State Court Action. *See* 28 U.S.C. § 1446(b).

### Venue is Proper.

6. The Court of Common Pleas of Chester County is located within the Eastern District of Pennsylvania. Therefore, venue is proper pursuant to 28 U.S.C. §1441(a) because the action is being removed to the "district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1446(a).

### Federal Question Jurisdiction Exists.

7. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, and this case is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a), in that it presents a claim "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

8. Here, Plaintiff alleges that Defendant violated Title III of the ADA, 42 U.S.C. § 12181 *et seq.* *See generally* **Exhibit 1**.

9. Based upon the foregoing, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331.

**Other Removal Requirements Are Met.**

10. A Notice of Filing of this Notice of Removal is being filed with the Court of Common Pleas of Chester County, Pennsylvania in accordance with 28 U.S.C. § 1446(d) and is attached hereto (without exhibits) as **Exhibit 2.**

11. A copy of this Notice is being served upon Plaintiff as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant The Finish Line, Inc. hereby removes this action from the Court of Common Pleas of Chester County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

Dated: April 15, 2024

Respectfully submitted,

*/s/ Charles S. Marion*
Charles S. Marion, Pa I.D. No. 56509
John P. Wixted, Pa I.D. No. 309044
**BLANK ROME LLP**
One Logan Square
130 N. 18th St.
Philadelphia, PA 19103
Phone: (215) 569-5384
charles.marion@blankrome.com

*Counsel for Defendant*
*The Finish Line, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of April 2024, a true and correct copy of the foregoing Notice of Removal was served by electronic mail and first-class United States mail postage pre-paid upon the following counsel of record:

>Daniel Zemel, Esq.
>Zemel Law LLC
>400 Sylvan Ave., Suite 200
>Englewood Cliffs, NJ 07632
>dz@ZemelLawllc.com

                              */s/ Charles S. Marion*
                              *Counsel for Defendant*